IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and                                              PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS.                              CASE NO. 05-CV-4011

THE SHAW GROUP, INC.                                                DEFENDANT

# ORDER

Before the Court is Defendant The Shaw Group, Inc.'s Second Motion for Summary Judgment. (Doc. 29). Plaintiffs have responded. (Doc. 34). Defendants have replied to Plaintiff's response. (Doc. 40). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Second Motion for Summary Judgment should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 1st day of November, 2006.

                                                /s/Harry F. Barnes
                                      Hon. Harry F. Barnes
                                      United States District Judge