IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS. CASE NO. 05-CV-4011

THE SHAW GROUP, INC. DEFENDANT

## ORDER

Before the Court is Defendant The Shaw Group, Inc.'s Motion for Partial Reconsideration of Doc. 50, the Court's Memorandum Opinion Denying Summary Judgment. (Doc. 58). Plaintiffs have responded. (Doc. 66). The Court again finds the issue ripe for consideration.

Shaw seeks only a partial reconsideration of the Court's denial of Shaw's Motion for Summary Judgment, (Doc. 29) admitting the existence of factual disputes regarding "the question of whether the government did extend Shaw's time for demolition of the latrine at Malone 14" and the foreseeability of Private Marcum's injury. (Doc. 59, pg. 17). The question before the Court, then, is the question of Shaw's duty to perform maintenance, inspections, and repair work at Fort Benning.

Upon extensive review of Shaw's contract with the U.S. Army and the briefs of the parties, the Court is satisfied that its previous Memorandum Opinion denying summary judgment should stand. Trial of this matter will take place as scheduled on Monday, November 27, 2006. Accordingly, Defendant's Motion for Partial Reconsideration should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 20th day of November, 2006.

                                                              /s/Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge