IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and                                                                PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS.                              CASE NO. 05-CV-4011

THE SHAW GROUP, INC.                                                                  DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Declare Certain Provisions of the Civil Justice Reform Act of 2003 Unconstitutional. (Doc. 42). Plaintiffs seek to have the Court invalidate Ark. Code Ann. § 16-55-202, which limits a defendant's liability to the percentage of total damages corresponding to that defendant's percentage of fault. Defendant has responded. (Doc. 53). The Court finds the matter ripe for consideration.

After reviewing the briefs and the statute in question, the Court declines Plaintiffs' invitation to declare Ark. Code Ann. § 16-55-202 Unconstitutional. The Court believes a challenge to this statute is more properly laid in the Arkansas Supreme Court or with the General Assembly. Accordingly, Plaintiffs' Motion to Declare Certain Provisions of the Civil Justice Reform Act of 2003 Unconstitutional should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 20th day of November, 2006.

                                                  /s/Harry F. Barnes
                                             Hon. Harry F. Barnes
                                             United States District Judge