IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and                                                    PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS.                              CASE NO. 05-CV-4011

THE SHAW GROUP, INC.                                                      DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion for Relief Pursuant to Federal Rule of Civil Procedure 37. (Doc. 55). Plaintiffs seek, *inter alia*, to have their computer expert accompany a Shaw expert in conducting a forensic examination of the computers of The Shaw Group, Inc. ("Shaw") employees Pat Kenney, Kirk Ticknor, Norm Honea, Alan McPherson, Ken Cook, and Van Segars at Fort Benning. Shaw has responded. (Doc. 63). The Court finds the matter ripe for consideration.

The discovery cut-off in this case was September 28, 2006, according to the Court's Final Scheduling Order. (Doc. 12). On September 28, 2006, the Court extended the discovery deadline to October 9, 2006. Plaintiffs filed the instant motion on November 8, 2006. The Court finds Plaintiffs' current request both untimely and impractical. Accordingly, the Motion for Relief Pursuant to Federal Rule of Civil Procedure 37 should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 21st day of November, 2006.

                                                       /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge