U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 0 4 2006
CHRIS R. JOHNSON CLERK
DEPUTY CLERK

AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

BEVERLY GAY MARCUM, et al.

**JUDGMENT IN A CIVIL CASE**

V.

THE SHAW GROUP, INC.

Case Number: 05-CV-4011

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

INTERROGATORY NO. 1: Do you find from a preponderance of the evidence that there was negligence on the part of The Shaw Group, Inc., which was the proximate cause of any damages? ANSWER: Yes.

INTERROGATORY NO. 2: Do you find from a preponderance of the evidence that there was negligence on the part of The United States Army, which was the proximate cause of any damages: ANSWER: Yes.

INTERROGATORY NO. 3: If you have answered "Yes" to both Interrogatory Nos. 1 and 2, then answer this Interrogatory: Using 100% to represent the total responsibility for the occurrence and any injuries or damages resulting from it, apportion the responsibility between the parties whom you have found to be responsible. 25% - The Shaw Group. 75% - The United States Army.

INTERROGATORY NO. 4: If you have answered "Yes" to Interrogatory No. 1, then answer this Interrogatory: State the amount of any damages which you find from a preponderance of the evidence were sustained by:

(1) The Estate of Van Ryan Marcum: $3,000,000.00 - Loss of Life; $500,000.00 - Conscious Pain and Suffering.
(2) Gary Marcum: $1,500,000.00 - Mental Anguish.
(3) Beverly Gay Marcum: $1,500,000.00 - Mental Anguish.

12/4/2006
Date

CHRISTOPHER R. JOHNSON
Clerk

Robin Gray
(By) Deputy Clerk