IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and                                                                          PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS.                                           CASE NO. 05-CV-4011

THE SHAW GROUP, INC.                                                                            DEFENDANT

## ORDER

Before the Court is Defendant The Shaw Group, Inc.'s Motion for Stay of Judgment Pending Appeal and Approval of Supersedeas Bond. (Doc. 80-1). The Shaw Group, Inc. ("Shaw") intends to appeal the Judgment of this Court, (Doc. 79) entered on a jury verdict against Shaw in the amount of $1,625,000. To that end, Shaw executed a Supersedeas Bond (Doc. 82-2) and has requested that this Court stay execution of its Judgment pursuant to Fed. R. Civ. P. 62(d).

Upon consideration of the motion and review of the Supersedeas Bond, the Court is satisfied that good cause for the motion has been shown, and that the bond provides adequate security for the Judgment in the event Shaw's appeal is not successful. Accordingly, Shaw's Motion for Stay of Judgment Pending Appeal and Approval of Supersedeas Bond should be and hereby is **GRANTED**, and the Supersedeas Bond is hereby **APPROVED** as to amount and form. Proceedings in this Court are hereby **STAYED** during the pendency of the appeal of this matter.

**IT IS SO ORDERED**, this 15th day of December, 2006.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge