IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BEVERLY GAY MARCUM and                                              PLAINTIFFS
BELINDA GAIL HENLY, Co-Administrators
For the Estate of Van Ryan Marcum, Deceased
and GARY VAN MARCUM

VS.                              CASE NO. 05-CV-4011

THE SHAW GROUP, INC.                                                DEFENDANT

## ORDER

Before the Court is Defendant The Shaw Group, Inc.'s Renewed Motion for Judgment as a

Matter of Law, or, in the Alternative, for a New Trial or Remittitur.  (Doc. 83).  Defendant seeks

relief from a Judgment of this Court (Doc. 79) entered on  a jury verdict (Doc. 78) in favor of

Plaintiffs in this Court on December 4, 2006.  Plaintiffs have responded.  (Doc. 98).  The Court finds

the matter ripe for consideration.

The instant motion represents the Court's third opportunity to consider Shaw's argument that

it did not have a duty to inspect, repair or maintain the premises at issue in this case.  The Court has

previously disagreed, finding a duty incumbent upon Shaw to reasonably comply with its contractual

duties to inspect, repair or maintain the Malone 14 Latrine (Doc. 50).  The Court upheld this

determination upon Shaw's request for reconsideration. (Doc. 68).  A third review of the record

leaves the Court's judgment unchanged.

In addition, the Court is satisfied that, *inter alia*, a sufficient evidentiary basis existed for a

reasonable jury to find that Shaw breached a duty owed to Marcum, and that the harm suffered was

foreseeable.  Further, the Court worked closely with counsel for both parties to draft a mutually

agreeable and satisfactory set of jury instructions which communicated to the jury Shaw's contractual

duties in this case.  Finally, in light of the tragic circumstances of this case, the Court declines

Shaw's invitation to find the damages awarded by the jury excessive to the point of shocking the

conscience of the Court.  Accordingly, Shaw's Renewed Motion for Judgment as a Matter of Law,

or, in the Alternative, for a New Trial or Remittitur should be and hereby is **DENIED**.

> **IT IS SO ORDERED**, this 22nd day of January, 2007.

> /s/Harry F. Barnes
> Hon. Harry F. Barnes
> United States District Judge